# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KENNETH J. SMITH dba LANDER STREET SHELL,

Plaintiff,

v.

PACWEST ENERGY, LLC, et al.,

Defendants.

C16-1317 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Joint Status Report, docket no. 35, submitted by the parties, the Court hereby sets the following dates and deadlines:

| **JURY TRIAL DATE (7 days)** | **October 1, 2018** |
| --- | --- |
| Motions in limine filing deadline | August 30, 2018 |
| Agreed pretrial order due | September 14, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | September 14, 2018 |
| Pretrial conference | September 21, 2018 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 12, shall remain in full force and effect.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of December, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 2