UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH J. SMITH dba LANDER STREET SHELL,<br><br>Plaintiff,<br><br>v.<br><br>PACWEST ENERGY, LLC, et al.,<br><br>Defendants. | C16-1317 TSZ<br><br>ORDER |

Pursuant to the stipulation of plaintiff Kenneth J. Smith dba Lander Street Shell and defendant PacWest Energy, LLC, docket no. 37, indicating that the dispute between them has been resolved, and defendants Does 1 through 10 never having been identified or joined in this action,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The trial date of October 1, 2018, and all remaining dates and deadlines are STRICKEN.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 16th day of March, 2018.

Thomas S. Zilly
United States District Judge

ORDER - 1